UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

JUAN E. PUIG and                                              CASE NO.: 07-15259-RAM
DIANA PUIG,

       Debtors.                                                   CHAPTER 7
_____ /                (Substantively Consolidated)

UNITED STATES OF AMERICA,

       Plaintiff,

v.

ALAN GOLDBERG                                                 ADV. PROC. NO. 13-01040-RAM
CHAPTER 7 TRUSTEE,

       Defendant.
_____ /

ALAN GOLDBERG
CHAPTER 7 TRUSTEE,

       Counter-plaintiff,
v.

UNITED STATES OF AMERICA,

       Counter-defendant.
_____ /

**UNITED STATES' ANSWER TO COUNTER-CLAIMS**

Plaintiff and Counter-Defendant, United States of America, by and through undersigned counsel, answers and responds to the Chapter 7 Trustee, Alan Goldberg's ("Trustee Goldberg") Counter-Claims (Doc. 6-7) in the above adversary action as follows:

1

1.       The United States denies that Debtors and/or Trustee Goldberg are entitled to tax refunds for the years 2003 through 2005.  The United States lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in paragraph 1, and therefore denies them.

2.       The United States admits the allegations contained in paragraph 2.

3.       The United States admits the allegations contained in paragraph 3 except denies that Debtors and/or Trustee Goldberg are entitled to a refund of federal taxes for the years 2003 through 2005.

4.       The United States admits that Trustee Goldberg filed Amended Tax Returns on behalf of the Debtors to carry back claimed losses to the years 2004 and 2005.  The United States denies the remaining allegations contained in paragraph 4.

5.       The United States denies the allegations contained in the first sentence of paragraph 5.  The United States admits that tax refunds were issued to Trustee Goldberg in the amounts of $785,061.00 for tax year 2005 and $271,187.00 for tax year 2004 but denies that Debtors and/or Trustee Goldberg are entitled to those refunds.

6.       The United States lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 6, and therefore denies them.

7.       The United States admits the allegations contained in paragraph 7 except denies that Debtors and/or Trustee Goldberg are entitled to tax refunds for the years 2004 and 2005.

8.       The United States denies the allegations contained in the first two sentences of paragraph 8.  The United States lacks sufficient knowledge or information to form a

belief as to the truth of the allegations contained in the last sentence of paragraph 8, and therefore denies them.

## COUNT I

The United States incorporates by reference its answers to paragraphs 1 through 8 above as if fully restated herein.

9. The allegations contained in paragraph 9 constitute conclusions of law to which no response is required.  To the extent a response is required, the United States admits them.
10. The United States denies the allegations contained in paragraph 10.
11. The allegations contained in paragraph 11 constitute conclusions of law to which no response is required.  To the extent a response is required, the United States admits the allegations contained in paragraphs 11(a), (b), and (d), but denies the allegations contained in paragraph 11(c).

WHEREFORE, the United States prays that the Court deny the Counter-Plaintiff's claims for relief, dismiss Count I with prejudice, and grant such other and further relief as may be appropriate under the circumstances.

## COUNT II

The United States incorporates by reference its answers to paragraphs 1 through 11 above as if fully restated herein.

12. The United States denies the allegations contained in paragraph 12.
13. The United States denies the allegations contained in paragraph 13.

WHEREFORE, the United States requests that the Court deny the Counter-Plaintiff's claims for relief, dismiss Count II with prejudice, and grant such other and further relief as may be appropriate under the circumstances.

Respectfully submitted,

KATHRYN KENEALLY

By: */s/ Pascale Guerrier*_____
Pascale Guerrier
Trial Attorney, Tax Division
U.S. Department of Justice
555 4th Street, N.W., Room 6214
Washington, D.C. 20001
Telephone: (202) 353-1978
Telecopier: (202) 514-4963
E-mail:Pascale.Guerrier@usdoj.gov

Of Counsel:

WIFREDO FERRER
United States Attorney
Southern District of Florida
99 NE 4th Street
Miami, FL 33132
Telephone: (305) 961-9000
Telecopier: (305) 530-7087

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 11, 2013, a true and correct copy of the foregoing was filed electronically through the Court's ECF filing system which will serve all parties of record. The foregoing was also served on the following by U.S. mail:

Drew Dillworth, Esquire
STEARNS WEAVER MILLER et al
Counsel to Trustee Goldberg
150 West Flagler Street, Suite 2200
Miami, Florida 33130