UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

JUAN E. PUIG and                                    CASE NO.: 07-15259-RAM
DIANA PUIG,

       Debtors.                                    CHAPTER 7
_____ /                  (Substantively Consolidated)

UNITED STATES OF AMERICA,

       Plaintiff,

v.

ALAN GOLDBERG                                       ADV. PROC. NO. 13-01040-RAM
CHAPTER 7 TRUSTEE,

       Defendant.
_____/

ALAN GOLDBERG
CHAPTER 7 TRUSTEE,

       Counter-plaintiff,
v.

UNITED STATES OF AMERICA,

       Counter-defendant.
_____/

**UNITED STATES' MOTION FOR SUMMARY JUDGMENT**

Plaintiff and Counter-Defendant, United States of America, pursuant to Rule 56 of the Federal Rules of Civil Procedure and Rule 7056 of the Federal Rules of Bankruptcy Procedure, moves for summary judgment against Defendant and Counter-Plaintiff Alan Goldberg, Chapter 7 Trustee ("Trustee Goldberg") for the Estate of Juan E.

1

Puig ("Juan Puig") and Diana Puig (collectively "Debtors"), in the above referenced adversary case.

The United States is entitled to recover two refunds totaling $1,056,248.00 erroneously issued to Trustee Goldberg by the Internal Revenue Service for the 2004 and 2005 tax years pursuant to Section 7405 of the Internal Revenue Code.  Trustee Goldberg failed to establish that Debtors had adequate basis to claim their share of a claimed net operating loss generated in tax year 2008 by several S-corporations wholly owned by Juan Puig pursuant to Section 172 of the Internal Revenue Code, which served as the basis for the refunds.  Indeed, Trustee Goldberg admits that he (1) did not have "possession of all corporate and financial accounting records or tax returns of the Debtor," (2) had "no additional information available," and (3) lacked "sufficient financial data to calculate and determine any basis and loss limitations for the Debtors stemming from the S-corporations" in support of the refund claims.  Accordingly, no genuine dispute of material fact exists regarding the United States' erroneous refund claim under the Internal Revenue Code, and the United States is entitled to summary judgment as a matter of law.

The United States is entitled to judgment based on the undisputed material facts of record.  In establishing these material facts, the United States relies on the pleadings already on file with the Court, as well as the following documents: (1) Statement of Undisputed Material Facts; (2) Declaration in Support of Motion for Summary Judgment; (3) Declaration of Pascale Guerrier and (4) Memorandum of Law, which sets forth the legal support for this motion for summary judgment, filed contemporaneously herewith.

Respectfully submitted,

KATHRYN KENEALLY

By: */s/ Pascale Guerrier*
Pascale Guerrier
Trial Attorney, Tax Division
U.S. Department of Justice
555 4th Street, N.W., Room 6214
Washington, D.C. 20001
Telephone: (202) 353-1978
Telecopier: (202) 514-4963
E-mail:Pascale.Guerrier@usdoj.gov

Of Counsel:

WIFREDO FERRER
United States Attorney
Southern District of Florida
99 NE 4th Street
Miami, FL 33132
Telephone: (305) 961-9000
Telecopier: (305) 530-7087

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on July 22, 2013, a true and correct copy of the foregoing was filed electronically through the Court's ECF filing system which will serve all parties of record including the following:

Drew Dillworth, Esquire
STEARNS WEAVER MILLER et al
Counsel to Trustee Goldberg
150 West Flagler Street, Suite 2200
Miami, Florida 33130

Ascension Capital Group, Inc.
Attn: BMW Bank of North America, Inc. Department
Account: XXXXX4724
P.O. Box 201347
Arlington, TX 76006

By:*/s/ Pascale Guerrier*